IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02598-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-22,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 8, 2012.**

    Defendant Doe #21's Motion for Leave to Proceed Anonymously [filed November 7, 2012; docket #11] is **granted** as follows. Doe #21 may proceed anonymously in this matter as "John Doe 21" only for the purpose of adjudicating the pending motion to quash, motion for protective order and motion to sever/dismiss. Upon resolution of these motions, should Doe 21 perceive a need to continue proceeding anonymously in this case, he must then seek permission from the Court to continue proceeding anonymously.

    The Court directs the Clerk of the Court to mail a copy of this order to the address provided by John Doe 21 in the filing at docket #18, without publicly disclosing the information provided therein.