**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02598-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-22,

    Defendants.

**ORDER DISMISSING JOHN DOES 9 AND 17, ONLY**

**Blackburn, J.**

The matter before me is **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 9 and John Doe 17 Only** [#41][1] filed November 13, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against John Does 9 and 17 should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 9 and John Doe 17 Only** [#41] is **APPROVED**;

    2. That plaintiff's claims against John Does 9 and 17 are **DISMISSED WITH PREJUDICE**; and

---

[1] "[#41]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That defendants John Does 9 and 17 are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated November 13, 2012, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge
