IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02598-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-22,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 20, 2012.**

    Defendant Doe #15's Motion for Leave to Proceed Anonymously [filed November 16, 2012; docket #60] is **granted** as follows. Doe #15 may proceed anonymously in this matter as "Doe 15" only for the purpose of adjudicating the pending motion to quash. Upon resolution of this motion, should Doe 15 perceive a need to continue proceeding anonymously in this case, she must then seek permission from the Court to continue proceeding anonymously.