IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02598-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-22,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 27, 2012.**

    Defendant Doe #21's Unopposed Motion for Leave to Proceed Anonymously [filed November 23, 2012; docket #80] is **granted** as follows. Doe #21 may proceed anonymously in this matter as "Doe 21" only for the purpose of adjudicating the pending motion to quash, motion for protective order and motion to sever. Upon resolution of these motions, should Doe 21 perceive a need to continue proceeding anonymously in this case, he must then seek permission from the Court to continue proceeding anonymously.