IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02598-REB-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 1-22,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 29, 2012.**

      Before the Court are Defendant Doe 7's Motion to Sever and Dismiss [filed November 23, 2012; docket #72], Motion to Quash [filed November 23, 2012; docket #73] and Motion for Protective Order [filed November 23, 2012; docket #74].

      Section IV.B.1 of Judge Blackburn's Practice Standards provides that "except for summary judgment motions, all other motions (including objections to the recommendations or orders of United States Magistrate Judges), responses, and concomitant briefs shall not exceed **fifteen (15) pages**." (emphasis in original). The aforementioned motions are each 18 pages or longer. *See* dockets ##72, 73, 74. Therefore, pursuant to Section IV.C.1 of Judge Blackburn's Practice Standards, the motions are **denied without prejudice** for failure to comply.

      Doe 7 may re-file the motions in accordance with this order and all applicable rules **on or before December 7, 2012**. Again, the Court may strike any motion or other filing that deviates from the requirements of this order or from those set forth in the applicable local or federal rules.