IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02598-REB-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 1-22,

      Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 26, 2012.**

Defendant Doe #19's Unopposed Motion for Leave to Proceed Anonymously [filed November 21, 2012; docket #76] is **granted** as follows. Doe #19 may proceed anonymously in this matter as "Doe 19" only for the purpose of adjudicating the pending motion to quash, motion for protective order and motion to sever. Upon resolution of these motions, should Doe 19 perceive a need to continue proceeding anonymously in this case, he must then seek permission from the Court to continue proceeding anonymously.

In addition, the Court construes the present motion as seeking restriction of Doe 19's identifying information contained in the documents filed at dockets #37, #78 and #93. The Court finds that Doe 19 meets the requirements of D.C. Colo. LCivR 7.2, and directs the Clerk of the Court to maintain under Restriction Level 2 the documents at dockets #37, #78 and #93 until further order of the Court.

The Court directs the Clerk of the Court to mail a copy of this order to the address provided by Doe 19 in the filing at docket #93, without publicly disclosing the information provided therein.