### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No.  12-cv-02598-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-8, 10-16, and 18-22,

    Defendants.

## ORDER DISMISSING JOHN DOE 22, ONLY

**Blackburn, J.**

The matter before me is **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 22 Only** [#121][1] filed December 4, 2012.  After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against John Doe 22 should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 22 Only** [#121] filed December 4, 2012, is **APPROVED**;

2. That plaintiff's claims against John Doe 22 are **DISMISSED WITH PREJUDICE**; and

---

[1] "[#121]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That defendant John Doe 22 is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated December 4, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge