IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02598-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-22,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 25, 2013.**

    For the same reasons set forth in this Court's December 4, 2012 order in *Patrick Collins, Inc. v. John Doe #2*, No. 12-cv-00848-REB-MEH, docket #63, and January 2, 2013 order in this case, *Malibu Media, LLC v. John Does 1-22*, No. 12-cv-02598-REB-MEH, 2013 WL 24526 (D. Colo. Jan. 2, 2013), Defendant Doe #21's Motion to Quash [filed December 1, 2012; docket #112] is **denied**. Doe #21 primarily argues that Plaintiff failed to demonstrate good cause for early discovery; however, he has not met his burden to demonstrate that the subpoena issued to Comcast Holdings Corporation (*see* docket #112-5) should be quashed pursuant to Fed. R. Civ. P. 45.