IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02598-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-22,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 25, 2013.**

    For the same reasons set forth in this Court's December 4, 2012 order in *Patrick Collins, Inc. v. John Doe #2*, No. 12-cv-00848-REB-MEH, docket #63, Defendant Doe #21's Motion for Protective Order [filed December 1, 2012; docket #113] is **granted in part and denied in part**. Doe #21 has not met his burden to demonstrate that a protective order is proper to prohibit the Plaintiff's discovery of his identity from the ISP; however, having no objection from the Plaintiff, the Court will order that Doe #21's identity remain restricted from the public until such anonymity becomes a hindrance or obstruction to the just, speedy and inexpensive adjudication of this action, or until further order of this Court.