IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02598-REB-MEH

MALIBU MEDIA, LLC,

Plaintiff,

v.

JOHN DOES 1-22,

Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 25, 2013.**

For the same reasons set forth in this Court's December 4, 2012 order in *Patrick Collins, Inc. v. John Doe #2*, No. 12-cv-00848-REB-MEH, docket #63, and January 2, 2013 order in this case, *Malibu Media, LLC v. John Does 1-22*, No. 12-cv-02598-REB-MEH, 2013 WL 24526 (D. Colo. Jan. 2, 2013), Defendant Doe #13's Motion to Quash [filed December 5, 2012; docket #124] is **denied**. Doe #13 primarily argues that Plaintiff failed to demonstrate good cause for early discovery; however, he has not met his burden to demonstrate that the subpoena issued to Comcast Holdings Corporation (*see* docket #124-5 at 11-12) should be quashed pursuant to Fed. R. Civ. P. 45.

The Court further finds that, although Defendant did not file a separate motion in accordance with D.C. Colo. LCivR 7.1C and D.C. Colo. LCivR. 7.2B, the other requirements of D.C. Colo. LCivR 7.2 have been met. Therefore, the Court orders that the Clerk of the Court maintain under Restriction Level 2 the document located at docket #124-4 until further order of the Court.