IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02598-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-22,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 25, 2013.**

    For the same reasons set forth in this Court's December 4, 2012 order in *Patrick Collins, Inc. v. John Doe #2*, No. 12-cv-00848-REB-MEH, docket #63, Defendant Doe #19's Motion for Protective Order [filed December 10, 2012; docket #130] is **granted in part and denied in part**. Doe #19 has not met his burden to demonstrate that a protective order is proper to prohibit the Plaintiff's discovery of his identity from the ISP; however, having no objection from the Plaintiff, the Court will order that Doe #19's identity remain restricted from the public until such anonymity becomes a hindrance or obstruction to the just, speedy and inexpensive adjudication of this action, or until further order of this Court.

    The Court further notes that, in contradiction of this Court's orders in this case, Doe #19 provided his identifying information in the motion and did not file a separate motion in accordance with D.C. Colo. LCivR 7.1C and D.C. Colo. LCivR 7.2B seeking restriction of his identifying information. Nevertheless, the other requirements of D.C. Colo. LCivR 7.2 have been met. Therefore, the Court orders that the Clerk of the Court maintain under Restriction Level 2 the documents located at docket #130 until further order of the Court.