IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02598-REB-MEH

MALIBU MEDIA, LLC,

     Plaintiff,

v.

JOHN DOES 1-22,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 25, 2013.**

     For the same reasons set forth in this Court's December 4, 2012 order in *Patrick Collins, Inc. v. John Doe #2*, No. 12-cv-00848-REB-MEH, docket #63, and January 2, 2013 order in this case, *Malibu Media, LLC v. John Does 1-22*, No. 12-cv-02598-REB-MEH, 2013 WL 24526 (D. Colo. Jan. 2, 2013), Defendant Doe #19's Motion to Quash [filed December 11, 2012; docket #131] is **denied**.[1]  Doe #19 primarily argues that Plaintiff failed to demonstrate good cause for early discovery; however, he has not met his burden to demonstrate that the subpoena issued to Comcast Holdings Corporation should be quashed pursuant to Fed. R. Civ. P. 45.

     The Court further notes that Doe #19 provided his identifying information in the motion and did not file a separate motion in accordance with D.C. Colo. LCivR 7.1C and D.C. Colo. LCivR 7.2B seeking restriction of his identifying information.  Nevertheless, the other requirements of D.C. Colo. LCivR 7.2 have been met.  Therefore, the Court orders that the Clerk of the Court maintain under Restriction Level 2 the documents located at docket #131 until further order of the Court.

---

[1] The Court notes that Doe #19 failed to attach a copy of the subpoena to the present motion; however, Doe #19 asserts in the motion that the subpoena issued from this Court and was served upon Comcast.  The Plaintiff does not dispute this information. Therefore, the Court will accept Doe#19's assertion as true.