**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02598-REB-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 1-2, 4-8, 10-16, and 18-21,

      Defendants.

---

### ORDER DISMISSING JOHN DOES 1, 2 & 4, ONLY

---

**Blackburn, J.**

      The matter before me is **Plaintiff's Notice of  Voluntary Dismissal Without Prejudice of John Does 1, 2, & 4 [#177]**[1] filed January 4, 2013.  After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against John Does 1, 2, and 4 should be dismissed without prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That **Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 1, 2, & 4** [#177] filed February 28, 2013, is **APPROVED**;

      2.  That plaintiff's claims against John Does 1, 2 and 4 are **DISMISSED WITHOUT PREJUDICE**; and

---

[1] "[#177]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That defendant John Does 1, 2, and 4 are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated March 1, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge