IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02598-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 5-8, 10-14, 16, 18-21,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 22, 2013.**

    The Unopposed Motion for Leave to Appear Telephonically filed by Doe Defendants 7, 16 and 21 [filed April 22, 2013; docket #185] is **granted**. Counsel for Doe Defendants 7, 16 and 21 may appear at the May 1, 2013 Status Conference by telephone by calling my Chambers at (303) 844-4507 at the appointed time.