IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02598-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 5-8, 10-14, 16, 18-21,

      Defendants.

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 2, 2013.**

      Before the Court is an Unopposed Motion for Leave to Continue Anonymously filed by Doe Defendants 7, 16 and 21 [filed May 1, 2013; docket #192]. Pursuant to the Court's discussion with the parties on the record during the Status Conference today, the motion is **granted** as follows. Mindful of Fed. R. Civ. P. 26(c)(1)'s admonition to protect parties from "embarrassment" (among other burdens) and the Plaintiff's willingness to accede to the desires of Does #7, #16 and #21 to keep their identities concealed from the public, the Court will order that these Defendants continue to proceed in this litigation anonymously as "Doe #2," "Doe #16," and "Doe #21" until such anonymity becomes a hindrance or obstruction to the just, speedy and inexpensive adjudication of this action, or until further order of this Court.